UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DEAN DELLAS and DSD CAPITAL MANAGEMENT LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:25-cv-0575 (BKS/ML) |

**THIRD JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2026, Order, Plaintiff Commodity Futures Trading Commission ("Commission"), Defendants Dean Dellas and DSD Capital Management LLC ("Defendants"), and Intervenor United States of America ("United States") respectfully submit this Joint Status Report and state as follows:

1.      On May 7, 2025, the Commission initiated this action by filing a Complaint against Defendants Dean Dellas and DSD Capital Management LLC, which alleged that Defendants engaged in fraudulent conduct that violated the Commodity Exchange Act. Complaint, ECF No. 1.

2.      One day earlier—on May 6, 2025—the U.S. Attorney's Office for the Northern District of New York had unsealed an indictment against Defendant Dellas that was based on substantially similar facts to those alleged in the Commission's Complaint. *See* Indictment, *United States v. Dellas*, 5:25-cr-184 (BKS) (Apr. 30, 2025), ECF No. 1; Gov't's Unsealing Application, *United States v. Dellas*, 5:25-cr-184 (BKS) (May 6, 2025), ECF No. 7.

3.      On June 11, 2025, the United States moved to intervene and stay this action until the conclusion of the parallel criminal proceeding against Defendant Dellas.  U.S. Mot. to

Intervene and Stay, ECF No. 15.  This Court granted that motion and stayed these proceedings on August 20, 2025.

4.    On February 26, 2026, Defendant Dellas entered a plea of guilty to one count of wire fraud and one count of aggravated identity theft.  *See* Minute Entry, *United States v. Dellas*, 5:25-cr-184 (BKS) (Feb. 26, 2026).

5.    Sentencing has now been scheduled to take place on August 26, 2026.  Minute Entry, *United States v. Dellas*, 5:25-cr-184 (BKS) (May 29, 2026)

6.    For the same reasons originally stated in the United States' motion to stay (ECF No. 15) and in light of the interests served by a stay of these proceedings during the pendency of the related criminal matter—including the interests of the parties, the public, and the Court—the parties respectfully request that the Court maintain the stay in this action and propose that the parties file a further joint status report on or before September 14, 2026, informing the Court of any developments in the related criminal matter and proposing further proceedings in this case.

Dated: July 6, 2026                                    Respectfully Submitted,

                                                       **DREYER BOYAJIAN LLP**

By:  s/ *Derek S. Hammond*                    s/ *Willam J. Dreyer (by permission)*
DEREK S. HAMMOND (*pro hac vice*)             **WILLIAM J. DREYER**
PAUL G. HAYECK (*pro hac vice*)               Bar Roll No.: 101539
DANIELLE KARST (*pro hac vice*)               75 Columbia Street
1155 21st Street, N.W.                         Albany, New York 12210
Washington, D.C. 20581                         Phone: (518) 463-7784
Telephone: (202) 418-5000                      Email: wdreyer@dblawny.com
phayeck@cftc.gov
dkarst@cftc.gov
dhammond@cftc.gov                              *Attorney for Defendants*

*Attorneys for Plaintiff*
*Commodity Futures Trading Commission*

2

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney


By:    s/ Matthew J. McCrobie (by permission)
          Matthew J. McCrobie
          Assistant United States Attorney
          Bar Roll No. 702739

*Attorney for Intervenor United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I caused a copy of the Parties' Third Joint Status Report to be served on counsel for Defendants and Intervenor through the Court's Electronic Case Filing ("ECF") system.

_s/ Derek S. Hammond_
DEREK S. HAMMOND

_Attorney for Plaintiff_
_Commodity Futures Trading Commission_